**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**UNITED STATES OF AMERICA,**

    Plaintiff,

-vs-                              Case No. 13-CR-16

**JASON B. GUIDRY,**

    Defendant.

---

## DECISION AND ORDER

---

Defendant Jason Guidry ("Guidry") renews his motion to suppress evidence which this Court denied on August 16, 2013. (The Court adopted the Magistrate Judge's recommendation.)

Magistrate Judge Callahan has written a recommendation to this Court that the renewed motion be denied. This Court once again accepts the recommendation of the Magistrate Judge. As stated by the Magistrate Judge, Guidry "merely rehashes old arguments" on facts that are not new. The Court is compelled to once again deny Guidry's motion to suppress.

Accordingly, Guidry's objection to the Magistrate Judge's recommendation regarding Guidry's renewed motion to suppress (ECF No. 70) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 24th day of January, 2014.

                                            **BY THE COURT:**

                                            **HON. RUDOLPH T. RANDA**
                                            **U.S. District Judge**