**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

**UNITED STATES OF AMERICA,**

      Plaintiff,

     -vs-                                                    Case No. 13-CR-16

**JASON B. GUIDRY,**

      Defendant.

## DECISION AND ORDER

This case is before the Court for the third time relative to Defendant Jason Guidry's (Guidry) objections to Magistrate Judge William E. Callahan Jr.'s recommendation that Guidry's motion to suppress evidence and warrants, and motion to compel disclosure of confidential informants be denied.

The Court has once again reviewed the file, the recommendation, and the supporting briefs and rules as follows.

The Court adopts Judge Callahan's recommendation *in toto*, both as to his conclusion and the reasoning supporting same. Therefore Guidry's motions will be denied.

The Court has set this case for a 6-day trial to begin July 28, 2014. Proposed voir dire questions and proposed jury instructions are due July 24, 2014.

**IT IS HEREBY ORDERED THAT:**

The defendant's motions to suppress evidence and warrants and to compel disclosure of confidential informants (ECF Nos. 79, 80) are **DENIED**.

Dated at Milwaukee, Wisconsin, this 10th day of July, 2014.

                      **BY THE COURT:**

                        _____
                      **HON. RUDOLPH T. RANDA**
                      **U.S. District Judge**